UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| OREN C. DUPUIS, ) | Civil Action No. 4:21-cv-02309-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Remand, consented to by Plaintiff's counsel, it is hereby ORDERED that Defendant's Motion is GRANTED. The parties agree that upon remand, the Appeals Council will issue a fully favorable decision.

This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. This case is hereby closed on the Court's docket.

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

February 28, 2022
Florence, South Carolina